**SAO**
DONALD H. WILLIAMS, ESQ.
Nevada Bar No. 5548
Dwilliams@dhwlawlv.com
DREW STARBUCK, ESQ.
Nevada Bar No. 13964
Dstarbuck@dhwlawlv.com
WILLIAMS & ASSOCIATES
612 South Tenth Street
Las Vegas, Nevada 89101
(702) 320-7755 (Phone)
(702) 320-7760 (Facsimile)
*Attorneys for Republic Silverstate Disposal, Inc. dba Republic Services*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-82<br><br>Plaintiff,<br><br>vs.<br><br>NIKKI POMEROY; CLIFFORD L. CASEY, INDIVIDUALLY AND AS TRUSTEE FOR THE GENSTAR LTD TRUST; REPUBLIC SILVERSTATE DISPOSAL, INC. DBA REPUBLIC SERVICES; ANYTIME PLUMBING; PARADISE SPA, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive<br><br>Defendants. | CASE NO.: 2:17-cv-00939-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS REPUBLIC SILVERSTATE DISPOSAL, INC., REPUBLIC SERVICES** |

DEFENDANT, REPUBLIC SILVERSTATE DISPOSAL, INC., (hereinafter "Republic") by and through its attorney, Drew J. Starbuck, Esq., of the Law Firm of WILLIAMS & ASSOCIATES, Natalie L. Winslow, Esq., of the law firm of AKERMAN, LLP on behalf of

-1-

Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-82, do hereby stipulate to dismiss Republic Silverstate Disposal, Inc., dba Republic Services from the above captioned matter with each party bearing their own fees and costs.

The parties agree that Republic's liens shall remain on the subject real property located at 54 Sawgrass Court, Las Vegas, NV 89113 in accordance with NRS 444.520(3), and that Republic shall be allowed to amend its lien as allowed by Nevada Law.

| | |
|---|---|
| Stipulated and agreed this _____ day of June, 2017. | Stipulated and agreed this _____ day of June, 2017. |
| WILLIAMS & ASSOCIATES | AKERMAN, LLP |
| /s/ Drew D. Starbuck | /s/ Rex D. Garner |
| DONALD H. WILLIAMS, ESQ. | DARREN T. BRENNER, ESQ. |
| Nevada Bar No. 5548 | Nevada Bar No. 8386 |
| DREW J. STARBUCK, ESQ. | REX D. GARNER, ESQ. |
| Nevada Bar No. 13964 | Nevada Bar No. 9401 |
| 612 South Tenth Street | NATALIE L. WINSLOW, ESQ. |
| Las Vegas, Nevada 89106 | Nevada Bar No. 12125 |
| *Attorneys for Republic Silverstate Disposal, Inc. dba Republic Services* | 1160 Town Center Drive, Suite 330 |
| | Las Vegas, NV 89144 |
| | *Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED this  7th  day of _____ July _____, 2017.

WILLIAMS & ASSOCIATES

By:_____
DONALD H. WILLIAMS, ESQ.
Nevada Bar No. 5548
DREW J. STARBUCK, ESQ.
Nevada Bar No. 13964
612 South Tenth Street
Las Vegas, Nevada 89101
*Attorneys for Republic Silverstate Disposal, Inc. dba Republic Services*

_____
RICHARD F. BOULWARE, II
United States District Judge