1  DIANA CLINE EBRON, ESQ.
   Nevada Bar No. 10580
2  E-Mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-Mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-Mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139-5974
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorney for Defendant,*
   *Clifford L. Casey*

9

10

11

12  THE BANK OF NEW YORK MELLON FKA
    THE BANK OF NEW YORK, AS TRUSTEE
13  FOR THE CERTIFICATEHOLDERS OF
    CWALT, INC., ALTERNATIVE LOAN
14  TRUST 2005-82, MORTGAGE PASS-
    THROUGH CERTIFICATES, SERIES 2005-
15  82,

16                    Plaintiff,

17  vs.

18  NIKKI M. POMEROY; CLIFFORD L.
    CASEY, INDIVIDUALLY AND AS
19  TRUSTEE FOR GENSTAR LTD TRUST;
    REPUBLIC SILVER STATE DISPOSAL,
20  INC. DBA REPUBLIC SERVICES;
    ANYTIME PLUMBING; PARADISE SPA,
21  LLC; DOE INDIVIDUALS I-X, inclusive; and
    ROE CORPORATIONS I-X, inclusive,
22
                      Defendants.
23

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Case No.: 2:17-cv-00939-RFB-NJK

**CLIFFORD L. CASEY'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)**

24  <u>**CLIFFORD L. CASEY'S DEMAND FOR SECURITY OF COSTS**</u>
    <u>**PURSUANT TO NRS 18.130(1)**</u>
25
26      Defendant CLIFFORD L. CASEY ("CASEY") hereby demands that Plaintiff THE

27  BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR

28  THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-82,

**KIMGILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 1 -

MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-82 ("BNYM" or "Bank"), an out-of-state resident, post a cost bond pursuant to NRS 18.130(1).

In Nevada, if a plaintiff resides outside of Nevada or is a foreign corporation, like the Bank, "security for the costs and charges which may be awarded against such plaintiff may be required by defendant, by the filing and service on plaintiff of a written demand therefor within the time limited for answering the complaint." NRS 18.130(1). When a defendant demands a cost bond, "all proceedings in the action shall be stayed" until plaintiff files "an undertaking, executed by two or more persons, to be filed with the clerk, to the effect that they will pay such costs and charges as may be awarded against the plaintiff by judgment, or in the progress of the action" or "in lieu of such undertaking, the plaintiff may deposit $500, lawful money, with the clerk of the court." *Id.* "After the lapse of 30 days from the service of notice that security is required, or of an order for new or additional security, upon proof thereof, and that no undertaking as required has been filed, the court or judge may order the action to be dismissed." NRS 18.130(4).

"It is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS 18.130 in diversity actions." *Feagins v. Trump Organization*, 2012 WL 925027 (D. Nev.)(*citing Hamar v. Hyatt Corp*., 98 F.R.D. 305, 305-6 (D. Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986)).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Here BNYM is not a Nevada citizen, but rather a national banking association organized under the laws of the United States, with its principal office located in New York. Accordingly, CASEY demands that the Bank post a $500 cost bond within thirty (30) days and that the proceedings be stayed until such cost bond is posted. Should the Bank fail to comply with the requirements of NRS 18.130 within thirty (30) days, CASEY requests this action be dismissed.

DATED this   6th   day of July, 2017.

**KIM GILBERT EBRON**

By:  */s/ Diana Cline Ebron*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant,*
*Clifford L. Casey*

**GRANTED**.  Plaintiff shall
post the security of costs
within seven days.

IT IS SO ORDERED.
Dated:  July 7, 2017

_____
United States Magistrate Judge

- 3 -