# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>    Plaintiff(s),<br><br>v.<br><br>NIKKI M. POMEROY, et al.,<br><br>    Defendant(s). | Case No. 2:17-cv-00939-RFB-NJK<br><br>**Order**<br><br>[Docket No. 90] |

Pending before the Court is a motion to substitute counsel, Docket No. 90, which is GRANTED.

IT IS SO ORDERED.

Dated: November 22, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1