SCOTT R. LACHMAN, ESQ.
Nevada Bar No.  12016
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email:  scott.lachman@akerman.com

*Attorneys for The Bank of New York Mellon
fka The Bank of New York, as Trustee for the
Certificateholders of CWALT, Inc.,
Alternative Loan Trust 2005-82, Mortgage
Pass-Through Certificates, Series 2005-82*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-82, <br><br> Plaintiff, <br><br> v. <br><br> NIKKI M. POMEROY; CLIFFORD L. CASEY, INDIVIDUALLY AND AS TRUSTEE FOR GENSTAR LTD TRUST; REPUBLIC SILVER STATE DISPOSAL, INC. DBA REPUBLIC SERVICES; ANYTIME PLUMBING; PARADISE SPA, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-00939-RFB-NJK <br><br> **JOINT STIPULATION AND ORDER TO SET POST-REMAND BRIEFING DEADLINES** |

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82 (**BoNYM**) and Clifford L. Casey, individually and as trustee for Genstar LTD Trust (**Casey**), submit this joint stipulation to schedule post-remand briefing.

1

## I.   PROCEDURAL POSTURE

In 2017, BoNYM filed a quiet title/judicial foreclosure complaint against Clifford L. Casey, individually and as trustee for Genstar LTD Trust (**Casey**), along with other defendants, with respect to a property located at 54 Sawgrass Ct, Las Vegas, NV 89113.  ECF No. 1.  In 2019, this Court granted Casey's motion for summary judgment, in part, on statute of limitation grounds.  ECF No. 74.  This Court subsequently entered judgment in Casey's favor.  ECF No. 75.  In April 2019, BoNYM appealed.  ECF No. 76.  In 2022, the Ninth Circuit remanded the case to this Court to consider, in the first instance, the impact of *U.S. Bank, N.A. v. Thunder Properties, Inc.*, 503 P.3d 299 (Nev. 2022).  ECF Nos. 84 & 86.  The parties have discussed the case over the years, but have been unable to reach a resolution to date.  The parties agree to get the case back on track by setting post-appeal briefing deadlines as set forth below. .

## II.   STIPULATION

The parties agree to submit their post-remand briefs on or by September 17, 2026, and their reply briefs on or by October 13, 2026.  The parties agree that this stipulation is made in good faith and will not prejudice either party.

| | |
|---|---|
| Dated this 7th day of July, 2026. | Dated this 7th day of July, 2026. |
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| _/s/ Scott R. Lachman_ | _/s/ Karen L. Hanks_ |
| SCOTT R. LACHMAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 9578 |
| 1180 N. Town Center Dr., Suite 290 | 7625 Dean Martin Dr., Suite 110 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89139 |
| *Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82* | *Attorneys for Clifford L. Casey* |

**ORDER**

IT IS SO ORDERED.



_____
UNITED STATES DISTRICT JUDGE

2