KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 901-1645
*Attorneys for Clifford L. Casey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-82,<br><br>Plaintiff,<br>v.<br><br>NIKKI M. POMEROY; CLIFFORD L. CASEY, INDIVIDUALLY AND AS TRUSTEE FOR GENSTAR LTD TRUST; REPUBLIC SILVER STATE DISPOSAL, INC. DBA REPUBLIC SERVICES; ANYTIME PLUMBING; PARADISE SPA, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00939-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE**<br><br>**(First Request)** |

The Bank of New York Mellon, by and through counsel, Scott R. Lachman, Esq. and Clifford L. Casey, by and through counsel, Karen L. Hanks, Esq., hereby stipulate that Clifford Casey shall have until October 23, 2026 to file his response to the motion for summary judgment filed by The Bank of New York Mellon (ECF 101). The current deadline is October 8, 2026. Clifford Casey's counsel requests the deadline because she has been tied up in Tonopah and

HANKS LAW GROUP

Pahrump the past two weeks with criminal preliminary hearings. The two-week extension is not sough to delay and does not prejudice any party.

| | |
|---|---|
| Dated this 8th day of October, 2026.<br><br>**AKERMAN LLP**<br><br>*/s/ Scott R. Lachman*<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, Nevada 89144<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82* | Dated this 8th day of October, 2026.<br><br>**HANKS LAW GROUP**<br><br>*/s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for Clifford L. Casey* |

**IT IS SO ORDERED.**

______________________________
DISTRICT COURT JUDGE

HANKS LAW GROUP